Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Attorney of Record: Amy Bennecoff Ginsburg (AB0891)
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Rhonda Milberry**, | |
| Plaintiff, | Case No. 1:20-cv-05341 |
| v. | |
| **Santander Consumer, USA, Inc.,** | |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 29, 2020     By: */s/ Amy L. B. Ginsburg*
                              Amy L. B. Ginsburg, Esquire
                              Kimmel & Silverman, P.C.
                              30 E. Butler Pike
                              Ambler, PA 19002
                              Phone: (215) 540-8888
                              Fax: (877) 788-2864
                              Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon counsel of records via CM/ECF system.

JARED M. DEBONA
MCGUIREWOODS LLP
260 FORBES AVE.
PITTSBURGH, PA 15222
412-667-6072
Email: jdebona@mcguirewoods.com

Dated: September 29, 2020        By: */s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com