Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| RHONDA MILBERRY, | § | |
|---|---|---|
| Plaintiff, | § | Civil Action No. 1:20-cv-05341-JHR-AMD |
| v. | § | |
| SANTANDER CONSUMER, USA, INC., | § | |
| Defendant. | § | |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Jared M. Debona

Jared M. Debona
McGuire Woods LLP
260 Forbes Ave.
Pittsburgh, PA 15222
Phone: (412) 667-6072
Email: jdebona@mcguirewoods.com
Attorney for the Defendant

Date: October 30, 2020

/s/ Jacob U. Ginsburg

Jacob U. Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: jginsburg@creditlaw.com
Attorney for the Plaintiff

Date: October 30, 2020

# CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Jared M. Debona
McGuire Woods LLP
260 Forbes Ave.
Pittsburgh, PA 15222
Phone: (412) 667-6072
Email: jdebona@mcguirewoods.com
Attorney for the Defendant

DATED:  October 30, 2020             /s/ Jacob U. Ginsburg
                                     Jacob U. Ginsburg Esq.
                                     Kimmel & Silverman, P.C.
                                     30 East Butler Pike
                                     Ambler, PA 19002
                                     Phone: (215) 540-8888
                                     Fax: (215) 540-8817
                                     Email: jginsburg@creditlaw.com
                                     Attorney for Plaintiff